ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation

Judgment – Page 1 of 2

DEFENDANT: JHALEYL LOTT
CASE NUMBER: 1:19-CR-00242(1)

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: **1:19-CR-00242(1)** |
| **JHALEYL LOTT** | USM Number: **53934-424** |
| | **Kent R. Carlson** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) MC 1, DC 9, and MC 1 of the term of supervision.

☐ was found in violation of condition(s)        after a denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Not commit another federal, state, or local crime (Battery) | 03/14/2024 |
| 9 | Failure to participate in mental health treatment (on 04/22/2024) | 04/22/2024 |
| 13 | Not commit another federal, state of local crime (Robbery) | 05/10/2024 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)       and is discharged as to such violation(s) condition.

☒ Any remaining violations are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: **9392**

Defendant's Year of Birth: **1995**

City and State of Defendant's Residence: **Chicago, Illinois**

March 6, 2025
Date of Imposition of Judgment

*Edmond E. Chang* (signature)
Signature of Judge

**Edmond E. Chang, United States District Judge**
Name and Title of Judge

March 7, 2025
Date

DEFENDANT: JHALEYL LOTT
CASE NUMBER: 1:19-CR-00242(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Fifteen (15) months.

☒ The court makes the following recommendations to the Bureau of Prisons: that the Defendant be committed to the Bureau of Prisons' facility at MCC-Chicago or to a facility as close as possible to Chicago, Illinois.

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL